CARREA CHRISTOPHER
P.O, BOX 741272
SAN DIEGO, CALIFORNIA
                    92174
PROPRIA PERSONA

**FILED**

Sep 28 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ dmartinez          DEPUTY

# UNITED STATES DISTRICT COURT,
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER, ) <br> PLAINTIFF, ) <br> V. ) <br> THE CITY OF SAN DIEGO, SAN ) <br> DIEGO MAYOR, TODD GLORIA;) <br> SAN DIEGO POLICE DEPT.; SAN) <br> DIEGO POLICE CHIEF, DAVID ) <br> NISLEIT; SAN DIEGO POLICE ) <br> MALLORY MAARASCHIELLO ) <br> #7350; SAN DIEGO POLICE JOSE) <br> ARRIERO, JR., #1066; SAN DIEGO) <br> POLICE GERARDO DIAZ, #1841;) <br> LUCAS JAMES ARELLANO; ) <br> DEJA RENEE JACKSON; AAA ) <br> INSURANCE; ) <br>         DEFENDANTS. ) <br> _____) | CASE NO.  **'23CV1789 RSH MSB** <br><br> **COMPLAINT FOR DAMAGES** |

## PARTIES

1. PLAINTIFF, CARREA CHRISTOPHER. A CITIZEN OF THE OF THE UNITED STATES, WITHIN THE JURISDICTION OF THE UNITED STATES, A CITIZEN OF THE STATE OF CALIFORNIA; WAS INJURED IN THE

**PAGE ONE**

COMPLAINT FOR DAMAGES- 1

SOUTHERN DISTRICT OF CALIFORNIA. (SAN DIEGO, CALIFORNIA) PURSUANT TO 42 USCA 1981, 42 USCA 1983, RACIAL ANIMUS, BREACH OF DUTY.

2. PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES: DEFENDANTS AAA INSURANCE (HEREINAFTER KNOWN AS DEFENDANT AAA) IS A CORPORATION ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA, AND HAVING BUSINESS WITHIN THE DISTRICT OF CALIFORNIA. (JURISDICTION PURSUANT TO DIVERSITY AND 42 USCA 1981 AND 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS;

3. PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, SAN DIEGO POLICE DEPARTMENT, (HEREINAFTER KNOWN AS DEFENDANTS, SDPD) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

4.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, THE CITY OF SAN DIEGO, (HEREINAFTER KNOWN AS DEFENDANTS, SDC) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;
ALL GOVERNMENT DEFENDANTS SERVED CLAIM AND GRIEVANCE

**PAGE TWO**

COMPLAINT FOR DAMAGES- 2

5.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, SAN DIEGO CITY MAYOR, GLORIA TODD, (HEREINAFTER KNOWN AS DEFENDANTS, SDM) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

6.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, SAN DIEGO CITY POLICE CHIEF, DAVID NISLEIT, (HEREINAFTER KNOWN AS DEFENDANTS, SDM) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

7.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, SAN DIEGO CITY POLICE OFFICER, MALLORY MAARASCHIELLO, #7350, (HEREINAFTER KNOWN AS DEFENDANTS, PM) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

8.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, SAN DIEGO POLICE OFFICER, JOSE ARRIERO, #1066, (HEREINAFTER KNOWN AS DEFENDANTS, PA) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

**PAGE THREE**

COMPLAINT FOR DAMAGES- 3

9.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, SAN DIEGO POLICE OFFICER, GERARDO DIAZ, #1841, (HEREINAFTER KNOWN AS DEFENDANTS, PD) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

10.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, LUCAS JAMES ARELLANO, (HEREINAFTER KNOWN AS DEFENDANTS, JA.) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

11.PLAINTIFF IS INFORMED AND BELIEVES AND THEREUPON ALLEGES DEFENDANTS, DEJA RENEE ARELLANO; (HEREINAFTER KNOWN AS DEFENDANT, RA) VIOLATED 42 USCA 1981; 42 USCA 1983 AND BOTH FEDERAL AND STATE LAWS DUE TO RACIAL ANIMUS;

## JURISDICTION

JURISDICTION OF THIS ACTION IS BASED UPON DIVERSITY OF CITIZENSHIP PURSUANT TO 28 U.S.C. 1332. THE PLAINTIFF, CARREA CHRISTOPHER, IS A CITIZEN OF SOUTHERN CALIFORNIA, (SAN DIEGO, CALIFORNIA) AND THE DEFEENDANT, AAA, ARE IN THE JURISDICTION OF FLORIDA.  THE DEFENDANTS, COMMITTED FEDERAL VIOLATION OF RACIAL

**PAGE FOR**

COMPLAINT FOR DAMAGES- 4

ANIMUS. THE AMOUNT EXCEEDS $75,000.00, EXCLUSIVE OF INTREST AND COSTS.

## **VENUE**

VENUE OF THIS ACTION IN THE SOUTHERN DISTRICT OF CALIFORNIA IS PROPER PURSUANT TO 28 U.S.C.A. 139(B). PLAINTIFF RISIDES IN SAN DIEGO, CALIFORNIA AND HAS SINCE JUNE OF 1965.

A SUBSTANTIAL PART OF THE EVENTS OR OMMISSIONS GIVING RISE IN THIS COMPLAINT OCCURRED THERE. THE CLAIM ADDRESSES FEDERAL QUESTIONS 42 USC 1981, 42 USC 1983 AND RACIAL ANIMUS. SOME LAYERS OF THE ONION ARE ALSO STATE STATUTES, DECREES AND LAWS AS WELL, 28 U.S.C. 1332.

## **INTRODUCTION TO CLAIMS FOR DAMAGES**

THE DEFENDANTS ALL ACTED WITH RACIAL ANIMUS. THEY ACTED OUT OF DISLIKE, HATRED MOTIVATED BY RACIAL DISCRIMINATION. SOME OF THE DEFENDANTS HAVE DONE IT SO LONG THAT THEY EVEN FAVOR LIGHTER SKINNED BLACKS OVER DARKER SKINNED BLACKS. THE POLICE DEPARTMENT OF SAN DIEGO WANTED TO FIND FAULT WITH THE PLAINTIFF, SO MUCH, THEY EVEN HAD THE COLOR OF THE PLAINTIFF CAR WRONG IN THEIR REPORT. THEY STATED THE CAR WAS GRAY. THE CAR IS NAVY BLUE. WOW!

**PAGE FIVE**

COMPLAINT FOR DAMAGES- 5

ON OR ABOUT, APRIL 9, 2023, FOLLOWING A CHURCH EASTER (RESURRECTION DAY) SERVICE, A FRIEND OF THE PLAINTIFF, THAT'S IN A WHEEL CHAIR, WANTED AN EASTER MEAL. THE PLAINTIFF TOLD HER HE WOULD GET THE MEAL FOR HER. SHE LIVED AT 6136 BEADNELL WAY. THE PLAINTIFF PICKED THE MEAL UP AND WAS DRIVING TO HER HOME WHEN A PERSON DRIVING FROM THE 6700 BLOCK OF BEADNELL WAY STRUCK THE PLAINTIFF SO HARD THEY KNOCKED THE PLAINTIFF WHEEL OFF THE FRONT PASSENGER SIDE.

IT IS DEBATABLE WHETHER RENEE DEJA JACKSON WAS DRIVING OR ARELLANO JAMES LUCAS WAS DRIVING. POLICE REPORTS STATE MR. LUCAS HAD AN ABRASION OF THE KNEE WHICH IS COMMON WITH DRIVERS BUMBING THERE KNEES IN ON THE STEERING WHEEL.

THE PLAINTIFF, CARREA CHRISTOPHER, THE PETITIONER WAS WITHIN TWO BLOCKS TO TAKE THE LADY IN THE WHEEL CHAIR THE MEAL. PLAINTIFF, CARREA CHRISTOPHER, WAS DRIVING AT THE RATE OF 20-25 MILES AN HOUR, WHEN HE WAS STRUCK SO HARD, BY THE VEHICLE OF DEJA RENEE JACKSON, THAT SHE KNOCKED THE FRONT SIDE PASSENGER WHEEL OFF. IT MUST BE NOTED, THE WHEEL HAD TO HAVE BEEN ON THE CAR PRIOR TO THE ACCIDENT, FOR THE PLAINTIFF TO GET TO THAT POINT.

**PAGE SIX**

COMPLAINT FOR DAMAGES- 6

THE PLAINTIFF, CARREA CHRISTOPHER, IMEDIATELY CALLED THE POLICE DEPARTMENT AND PARAMEDICS. THE OFFICER'S THAT ARRIVED IN RACIAL ANIMUS AND DELIBRATE INDIFFRENCE, OF THE PLAINTIFF, CARREA CHRISTOPHER, DUE TO THE FACT, CARREA CHRISTOPHER, IS AN AFRO AMERICAN. **THE OFFICER HAS WERE COMFORTABLE AND CONTENDED WITH THEIR RACIAL ANIMUS, DUE TO THE OFFICER'S, SUPERVISORS ALL THE WAY TO THE POLICE CHIEF OF SAN DIEGO AND THE MAYOR OF SAN DIEGO. IT MUST BE NOTED THE SAN DIEGO POLICE CHIEF AT A CITY COUNCIL HEARING STATED; HE WOULD BACK ANYTHING A SAN DIEGO POLICE DID.**

THE PLAINTIFF, CARREA CHRISTOPHER, PROMPTLY REQUESTED THE OFFICERS BODY CAMS AND OR CAMERA'S. THE CITY OF SAN DIEGO POLICE DEPARTMENT AND THE CITY OF SAN DIEGO, MAYOR REFUSED DUE TO THE FACT THE DEFENDANTS HAVE GAVE THE GREEN LIGHT TO THE SAN DIEGO POLICE DEPARTMENT, FOR RACIAL ANIMUS, AND THE RED LIGHT FOR EVIDENCE OF IT.

WHEN THE SAN DIEGO POLICE OFFICERS ARRIVED THEY TOOK A LOOK AT THE PLAINTIFF AND THE DEFENDANTS WITH DELIBRATE INDIFFRENCE, DETERMINING THEY WOULD MAKE THE PLAINTIFF THE BAD OF THE ACCIDENT. THE WAS SO RACIST THEY EVEN HAD THE COLOR OF THE PLAINTIFF CAR WRONG. THE PLAINTIFF CAR IS NAVY BLUE BUT THE STATED IN THEIR REPORT IT WAS GRAY. **PAGE 7**

COMPLAINT FOR DAMAGES- 7

THE OFFICERS THAT ARRIVED HAD SO MUCH DELIBRATE INDIFFRENCE THAT NO MATTER WHAT THE DEFENDANTS STATED THEY TURNED IT INTO WHAT WAS FALSE. THE DEFENDANT, DEJA RENEE JACKSON, WAS TELL THE PLAINTIFF, CARREA CHRISTOPHER, I AM SORRY AND THE OFFICER'S TOLD HER TO SHOUT UP WE ALREADY GOT HIM AS GUILTY. ALL THE AIR BAGS IN THE PLAINTIFF CAR DEPLOYED WHICH SHOWS THE PLAINTIFF WAS HIT. THE PASSENGERS SIDE OF THE CAR FRONT TIRE WAS KNOCKED COMPLETELY OFF. THE DEFENDANTS CAME UP WITH ANY STORY THEY COULD IMAGINE IN RACIAL ANIMUS. THE DEFENDANT, LUCAS JAMES ARELLANO, INFORMED DEFENDANT DEJAS RENEE JACKSON TO LIE.

THE SAN DIEGO POLICE DEPARTMENT OF THE CITY OF SAN DIEGO, HAS A LONG HISTORY OF RACIAL ANIMUS WITH THE SUPPORT OF THE SAN DIEGO MAYOR'S.

THE SAN DIEGO POLICE DEPARTMENT OF SAN DIEGO, DUE TO RACIAL ANIMUS IGNORED ALL FACTS, AND TRUTHS, EVIDENCES, REALITIES AND ACTUALITIES AND STATED FALSE, UNTRUTHFUL AND DECEPTIVE REPORT. THE DEFENDANTS MADE-UP IN A DECEPTIVE MANNER A FALSE REPORT. THEY IN A SHAM SAID OH YEAH THE PLAINTIFF IS RESPONSIBLE. THE DEFENDANT, AAA INSURANCE WAS HAPPY TO GO ALONG WITH THE ERRONEOUS REPORT FULLY AWARE IT WAS MISLEADING. THE DEFENDANT, AAA

**PAGE EIGHT**

COMPLAINT FOR DAMAGES- 8

INSURANCE DID'NT TAKE ONE PICTURE AND DID ZERO INVESTIGATION. INSURANCE COMPANIES HAVE USED CALIFORNIA FOR YEARS IN THIS MANNER. THE CALIFORNIANS WERE DUMPED BY FIRE INSURANCE COMPANIES AFTER TAKING THEIR MONEY FOR YEARS. IN CALIFORNIA YOU NIETHER CAN GET FIRE INSURANCE NOR AFFORD IT. THE CAR INSURANCE IN CALIFORNIA IS BY FAR THE HIGHEST.

## FIRST CLAIM FOR RELIEF

PLAINTIFF INCORPORATES BY THIS REFRENCE, ALL PARAGRAPHS OF THIS COMPLAINT ABOVE.

PLAINTIFF IS INFORMED AND BELIEVES, AND THEREUPON ALLEGES: THE DEFENDANTS ALL CAUSED PLAINTIFF, GRIEF, SORROW, ANGUISH, HURT, DEPRESSION, ANGST, PAIN, MISERY, UNHAPPINESS, WOE, MONETARY LOSS, FINANICAL LOSS AND MISRABLE, DUE TO RACIAL ANIMUS. DUE TO RACIAL ANIMUS, WHICH IS THE ACTING OF ACTING OUT OF DISLIKE, HATRED MOTIVATED BY RACIAL DISCRIMINATION BECAUSE OF THE COLOR OF HIS/HER ANCESTRY, LINEAGE, ORIGIN AND HERITAGE.

THE CITY OF SAN DIEGO POLICE DEPARTMENT AND THE SAN DIEGO MAYOR OFFICE HAS ACCEPTED, ACKNOWLEDGED AND CUSTOMARY ESTABLISHED, THE TRADITION OF RACIAL ANIMUS, THAT NOW

**PAGE NINE**

COMPLAINT FOR DAMAGES- 9

EXIST AND HAS EXISTED. THE FACT NOW EXIST, EVEN WHEN TWO BLACKS ARE STOPED OR IN AN ACCIDENT THE LIGHTER SKIN BLACK IS GIVEN IMPROVED, ENHANCED AND SUPERIOR TREATMENT. THE DARKER SKINNED BLACK IS PROVIDED, INFERIOR IMMORAL, SHAMLESS UNSCRUPULOUS, TREATMENT AND CONDUCT.

THE FIRST THING THE OFFICERS LOOKED AT ALL PARTICIPANTS AND MADE A DECISION AT THAT POINT THE DARKEST PERSON WILL BE AT FAULT. THAT WAS THE SAN DIEGO POLICE DEPARTMENT COMFORT ZONE. THE POLICE BEGAN TO BE HARRSH TO THE PLAINTIFF, CARREA CHRISTOPHER, BECAUSE HE WAS THE DARKEST ONE THERE. THEY TREATED EVERYONE ELSE KIND AND WHEN THEY TRIED TO ADMIT THEY WERE AT WRONG, THE POLICE OFFICERS WOULD TAKE THEM AWAY OR TELL THEM TO BE QUIET.

THE POLICE OFFICERS FALSLY IN THERE REPORT THAT THEY HEARD THE PLAINTIFF, STATE HE WAS AT FAULT AND THAT HE HIT THE OTHER CAR. THAT WAS FALSE. THE TRUTH IS EVEN IF A GHOST SAID IT WAS THE PLAINTIFF WAS AT FAULT THE POLICE OFFICERS KNEW IT HAD TO BE FALSE AND IMPOSSIBLE DUE TO THE FACT THE PLAINTIFF CARREA CHRISTOPHER, FRONT WHEEL ON THE PASSENGER SIDE WAS KNOCKED OFF. THE FACT STATES THE DEFENDANTS, DEJA RENEE JACKSON, AND LUCAS JAMES ARELLANO, HIT THE PLAINTIFF CARREA

**PAGE TEN**

COMPLAINT FOR DAMAGES- 10

CHRISTOPHER HEAD ON, ON THE PASSENGER FRONT SIDE. MOREOVER, IT SHOULD BE NOTED, HOW COULD THE PLAINTIFF GET TO THAT POINT WITH THE WHEEL OFF. THE DEFENDANT, DEJEA RENEE JACKSON, WAS TELLING THE DEFENDANT SHE WAS SORRY AND THE POLICE OFFICERS RAN HER OFF CAUSE THEY WERE IN THE PROCESS OF MAKING THE DARKER SKINNED INDIVIDUAL RESPONSIBLE. THE AIR BAGS IN THE PLAINTIFF VEHICLE ALL DEPLOYED DUE TO THE FACT HE WAS HIT. NONE OF THE AIR BAGS IN THE OTHER VEHICLE WAS DEPLOYED BECAUSE, THAT VEHICLE STRUCK THE PLAINTIFF'S VEHICLE.

THE DEFENDANTS OF THE SAN DIEGO POLICE DEPARTMENT WROTE A FALSE REPORT THAT WAS IMPOSIBLE. THE SAN DIEGO POLICE DEPARTMENT DEFENDANTS, STATES, BOTH VEHICLES WERE GOING WEST BOUND, WHICH COULD NOT HAVE HAPPENED DUE TO THE POINTS OF IMPACT.

THE SAN DIEGO POLICE DEPARTMENT DEFENDANTS MADE IT CLEAR THAT HEY WAS GOING TO GET THE BLACKEST PERSON THERE AS THE REPONSIBLE INDIVIDUAL…

THE CITY OF SAN DIEGO AND THE CITY OF SAN DIEGO MAYOR AND STAFF KNOWS WHAT HAPPENED IN THIS CASE HAPPENS FAR TO OFTEN FOR THEM NOT KNOW. THE CITY OF SAN DIEGO HAS SUCH A DELIBRATE INDIFFRENCE TOWARDS MINORITIES ALSO. THE SAN DIEGO MAYOR OFFICE WANTS

**PAGE ELEVEN**

COMPLAINT FOR DAMAGES- 11

IMPOVERSHIED INDIVIDUALS WITH NO MONEY PUT IN JAIL. UNFORTUNATELY, THAT'S MINORITIES.

THE DEFENDANTS ACTED WITH WILFUL MALICIOUS CONDUCT, WITH OPPRESSION AND FRAUD, IN BAD FAITH. THE DEFENDANTS EVEN FALSLY STATED THE PLAINTIFF VEHICLE WAS GRAY. THE PLAINTIFF, CARREA CHRISTOPHER, VEHICLE IS NAVY BLUE. **THE FACT THE POLICE DEPARTMENT WROTE A FALSE REPORT ALONE IS DELIBRATE INDIFFRENCE.**

## SECOND CLAIM FOR RELIEF

THE PLAINTIFF INCORPORATES BY THIS REFRENCE THE WHOLE COMPLAINT.
(THE DEFENDANTS IN DISCRIMINATION VIOLATED THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION)PURSUANT TO 42 USCA 1981 & 42 USCA 1983

THE SECTION 42 USCA 1981, IS DERIVED FROM SECTION 1 OF THE 1866 CIVIL RIGHTS ACT. THE STATUTE ESTABLISHES THAT CERTAIN RIGHTS ARE TO BE GUARANTEED TO ALL CITIZENS OF THE UNITED STATES, AND THESE RIGHTS ARE TO BE QUARANTEED TO ALL CITIZENS OF THE UNITED STATES, AND THESE RIGHTS ARE TO BE
**PAGE TWELVE**

COMPLAINT FOR DAMAGES- 12

PROTECTED AGAINST IMPAIRMENT BY NON GOVERNMENT AND STATE DISCRIMINATION. ALTHOUGH THE GOVERNMENT IS THE ONE'S GIVEN THE TASK OF PROTECTING THE RIGHTS, FREQUENTLY THEY ARE THE VIOLATORS AND WILL FIGHT VIGROUSLY TO BE ALLOWED TO VIOLATE THEM.

IN THIS CASE NOT ONLY DID THEY, THE GOVERNMENT ACTED WITH DISCRIMINATORY INTENT, BUT ALSO USED FABRICATIONS WITH THEIR OWN TWIST OF LIME. IN THE PRIOR SECTION IT IS NOTED, NOT ONLY DID THE DEFENDANTS USE FALSE LABELS AND REVIEWS BUT ALSO ENCOURAGED ONE ANOTHER TO LIE. IT IS ALSO NOTED, THEY ENCOURAGED ONE ANOTHER TO FABRICATE TO THE POINT THEY DESIRED TO CONTINUE TO USE DISCRIMINATORY METHODS. THIS SHOULD NOT HAPPEN IN A CIVILIZED NATION THAT STAND UPON THE LAWS ENACTED MORE THEN A CENTRY AGO. IT IS CLEAR THAT BUT FOR THE DEFENDANTS THE SAN DIEGO POLICE DEPARTMENT, THE CHIEF OF POLICE OF SAN DIEGO POLICE DEPARTMENT WHO WAS ASKED TO CORRECT IT AND REFUSED WHO HAS A RECORD THAT STATES NO MATTER WHAT HE WILL SUPPORT

**PAGE THIRTEEN**

COMPLAINT FOR DAMAGES- 13

HIS DEPARTMENT AND DID WAS THE CAUSATION OF PLAINTIFF INJURIES AND HARMS AND ACTS AGAINST THE PLAINTIFF.

IT IS CLEAR THAT BUT-FOR THE CITY OF SAN DIEGO AND ITS MAYOR THE SAN DIEGO POLICE DEPARTMENT, THE CHIEF OF POLICE AND THE DEFENDANT POLICE OFFICERS WOULD NOT HAVE IN DELIBRATE INDIFRENCE WROTE A FALSE POLICE REPORT, THAT HARMED THE PLAINTIFF. THE CITY OF SAN DIEGO HIGH TOLERANCE FOR DISCRIMINATORY METHODS IS THE BUT-FOR CAUSATION OF THE INJURIES OF THE PLAINTIFF.

"The 14th Amendment provides, in part, that no state can "deny to any person within its jurisdiction the equal protection of the laws." Title IX specifically prohibits sex discrimination."

What does the Constitution say about discrimination. NO person shall be denied the equal protection of the law nor be subjected to segregation or discrimination in the exercise or enjoyment of his or her civil or political rights because of religion, race, color, ancestry, national origin, sex or physical or mental disability."

IF THIS CANNOT BE PROTECTED IN THE UNITED STATES COURTS, WHAT PURPOSE DOES THE
**PAGE FOURTEEN**

COMPLAINT FOR DAMAGES- 14

UNITED STATES CONSTITUTION HAVE. THE MAYOR, OF SAN DIEGO, GLORIA TODD, HAS AUTHORED AND PASSED A BILL IN DELIBRATE INDIFRENCE, TOWARDS, BLACKS, HISPANICS AND WHITES, TO BE PLACED IN JAIL IF THEY ARE LOW INCOME AND HOMELESS. IT MUST ALSO BE NOTED, THE SAN DIEGO JAIL SYSTEM HAS THE HIGHEST AND UPPERMOST DEATH RATE IN THE STATE OF CALIFORNIA. THUS, A DEATH SENTENCE FOR POVERTY AND INDIGENCE. THE MAYOR OF SAN DIEGO KNOWS THE SAN DIEGO POLICE DEPARTMENT HAS RACIALLY PREJUDICED, XENOPHOBIC, DISCRIMINATORY, CHAUVINISTIC METHODS, BUT HE IS TOLERANT AND APPROVES OF THESE VIOLATION METHODS OF 42USCA1981 AND 42 USCA 1983.

## THIRD CLAIM FOR RELIEF

PLAINTIFF INCORPORATES BY THIS REFRENCE, ALL PARAGRAPHS OF THIS COMPLAINT ABOVE

BREACH OF DUTY, NEGLIGENCE AND MALEFESANCE. PLAINTIFF INCORPORATES BY THIS REFRENCE, ALL PARAGRAPHS OF THIS COMPLAINT ABOVE.

## PAGE FIFTEEN

COMPLAINT FOR DAMAGES- 15

PLAINTIFF IS INFORMED AND BELIEVES, AND THEREUPON ALLEGES: THE DEFENDANTS ALL CAUSED PLAINTIFF, GRIEF, SORROW, ANGUISH, HURT, DEPRESSION, ANGST, PAIN, MISERY, UNHAPPINESS, WOE, MONETARY LOSS, FINANICAL LOSS AND MISRABLE, DUE TO RACIAL ANIMUS. DUE TO RACIAL ANIMUS, WHICH IS THE ACTING OF ACTING OUT OF DISLIKE, HATRED MOTIVATED BY RACIAL DISCRIMINATION BECAUSE OF THE COLOR OF HIS/HER ANCESTRY, LINEAGE, ORIGIN AND HERITAGE.

THESE VIOLATION OF ALL DEFENDANTS ARE NOT ONLY FEDERAL VIOLATION BUT ALSO STATE VIOLATION, BREAH OF DUTY, NEGLIGENCE AND MALEFESANCE.

**WHEREFORE THE PLAINTIFF, PRAYS FOR THE FOLLOWING;**
  **1.** FOR GENERAL DAMAGES IN THE SUM OF $1,000,000.00
  **2.** FOR SPECIFIC DAMAGES IN THE SUM OF $5,000,000.00
  **3.** FOR PUNATIVE DAMAGEAS IN THE SUM OF $10,000,000.00 TO PREVENT AND ENCOURAGE THE DEFENDANTS FROM COMMITING THE VIOLATION OF THIS COMPLAINT AGAIN.
                    **PAGE SIXTEEN**

COMPLAINT FOR DAMAGES- 16

**DATED: SEPTEMBER 28, 2023**

**RESPECTFULLY SUBMITTED,**

BY: _____

**CARREA CHRISTOPHER**

**PAGE EIGHTEEN**

COMPLAINT FOR DAMAGES- 17